IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 13-576-SLR |
| | ) |
| BUTAMAX(TM) ADVANCED BIOFUELS LLC | ) |
| and E.I. DUPONT DE NEMOURS AND | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**AMENDED ORDER**

At Wilmington, this 16th day of April, 2013, the court having entered the agreed upon order to sever all claims and defenses relating to the Gevo '375 and '376 patents;

IT IS ORDERED that, on or before **April 24, 2013**, the parties shall electronically file into Civil Action No. 13-576 the following documents relating to these patents:

D.I. Nos. 52, 117, 130, 372 and 411 (answers/counterclaims)
D.I. Nos. 479, 480, 499, 531, 551, 559 (claim construction)
D.I. Nos. 592, 593, 621, 642 (Motion for summary judgment and briefing)
D.I. Nos. 614, 615, 644, 654 (Motion for summary judgment and briefing)
D.I. Nos. 616, 621, 642, 658 (Motion for summary judgment and briefing)
D.I. Nos. 640, 641, 683, 686 (Motion to exclude testimony.

All other documents may be cited by reference to Civil Action No. 11-54-SLR.

The court's order of April 11, 2013 is vacated.

United States District Judge