IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEVO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-576 (SLR) |
| | ) |
| BUTAMAX<sup>TM</sup> ADVANCED BIOFUELS LLC | ) |
| and E. I. DU PONT DE NEMOURS AND | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

WHEREAS on July 26, 2013 the Court entered a Memorandum Opinion and Order (D.I. 48, 49) regarding, among other things, motions for summary judgment of U.S. Patent No. 8,017,375 ("the '375 Patent") and U.S. Patent No. 8,017,376 ("the '376 Patent"), and held a Final Pretrial Conference on July 29, 2013.

WHEREAS the Court granted Defendants' motion for summary judgment of non-infringement of the '375 and '376 Patents, holding that Defendants do not infringe those patents either literally or under the doctrine of equivalents.

WHEREAS, the Court granted-in-part and denied in part Defendants' motion for summary judgment of invalidity of the '375 and '376 Patents, holding the claims of the '375 Patent invalid.

WHEREAS, following the Court's July 26, 2013 Memorandum Opinion and Order Gevo represented that it will not appeal the Court's July 26, 2013 Opinion and Order, and Butamax agreed to dismiss the remaining claims and counterclaims relating to the unenforceability of the '375 Patent, and the invalidity and/or unenforceability of the '376 Patent, without prejudice,

while reserving the issues of exceptional case, attorney's fees and/or costs to be presented to the Court.

WHEREAS the Court has expressly determined that there is no just reason to delay entering final judgment in accordance with the July 26, 2013 Memorandum Opinion and Order and the representations of the parties as described above; therefore

IT IS HEREBY ORDERED and ADJUDGED this ___ day of _____, 2013, that final judgment of non-infringement be entered in favor of Defendants Butamax™ Advanced Biofuels LLC and E.I. Du Pont de Nemours and Company and against Gevo Inc. with respect to the claims of the '375 and '376 Patents; and that final judgment of invalidity be entered in favor of Defendants Butamax™ Advanced Biofuels LLC and E.I. Du Pont de Nemours and Company and against Gevo Inc. with respect to the claims of the '375 Patent.

IT IS FURTHER HEREBY ORDERED that Defendants Butamax™ Advanced Biofuels LLC and E.I. Du Pont de Nemours and Company claims and counterclaims relating to the unenforceability of the '375 Patent, and the invalidity and/or unenforceability of the '376 Patent are dismissed without prejudice, and that Defendants' claims for exceptional case, attorney's fees and/or costs are expressly preserved and will be presented to the Court in a accordance to an agreed upon schedule to be submitted by the parties.

                                                                                   UNITED STATES DISTRICT JUDGE

7426307