IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEVO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 13-576-SLR |
| ) | |
| BUTAMAX™ ADVANCED BIOFUELS ) | |
| LLC and E.I. DUPONT DE NEMOURS ) | |
| AND COMPANY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 26th day of August, 2014, consistent with the memorandum issued this same date;

IT IS ORDERED that Butamax's motion for attorney fees (D.I. 53) is denied.

_____
United States District Judge